# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7341 ODW(PJWx) | Date | October 22, 2010 |
|---|---|---|---|
| Title | Creative Care Inc v. Aetna et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**     **Order to Show Cause re Case Settlement; Order Vacating Court Trial**

The Court is in receipt of the Notice of Settlement [33] filed October 21, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, December 6, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Court Trial scheduled for October 26, 2010 at 9:00 a.m. is hereby VACATED.

IT IS SO ORDERED.

                                                       :   00

Initials of Preparer    RGN